**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**


| | | |
|---|---|---|
| **GARY E. ALDRIDGE** | ] | |
|     **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **No. 1:10-0023** |
| | ] | **Judge Trauger** |
| **JAMES FORTNER, WARDEN** | ] | |
|     **Respondent.** | ] | |


## O R D E R


On March 25, 2010, an order (Docket Entry No. 3) was entered transferring this case to the Sixth Circuit Court of Appeals. Since the entry of this order, the petitioner has filed a "28 U.S.C. § 2254 Application" (Docket Entry No. 7).

In his Application, the petitioner asks the Court to send him a copy of his original habeas corpus petition (Docket Entry No. 1). He explains that the copy is needed to enable him to "satisfy the Sixth Circuit Rule 22."

A review of the docket sheet for this case shows that a copy of the petitioner's original habeas corpus petition was sent to him by the Clerk's Office on April 16, 2010. The petitioner's current Application, therefore, is deemed to be MOOT and is hereby DENIED for that reason.

It is so ORDERED.


_____
Aleta A. Trauger
United States District Judge